**No. 46365.**—Protests 33008–K, etc., of Mervyn Brown (New York).

Opinion by KEEFE, J.  At the trial of this case a quantative and qualitative analysis of the merchandise was ordered by the court upon motion of counsel, which report disclosed that it is peat compressed into a briquette.  In view of the evidence the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector.  The protests were therefore overruled.